11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Wal-Mart Stores,
Inc.

Appellant

Vs.                   No.
11-01-00415-CV B
Appeal from Palo Pino County

Patti F. Clay

Appellee

 

The
parties have filed in this court a joint motion to dismiss the appeal.  In the motion, the parties state that they
have Aentered into a
settlement agreement that moots all issues in this cause.@  The motion is granted. 
TEX.R.APP.P. 42.1(a).

The
appeal is dismissed.

PER CURIAM

 

March 28, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.